# Assignment of Insurance Benefits and Right of Recovery

Primary Information:

Policy/Plan Name: NYSHIP EMPIRE MEDICAL GROUP

Policy/Plan I.D. Number: 890277054

Secondary Information:

Policy/Plan Name: No secondary insurance on file.

Policy/Plan ID Number:

In consideration of services rendered, I, Laverne Campbell-Lodge hereby transfer to New York Bariatric Group/Long Island Minimal Invasive PC./ Naveem Ballem LLC (provider) all rights, title and interest in benefits payable for services rendered by this medical provider or practice provided in the above mentioned policy on said policies of insurance or employee benefit plans, but shall not be construed to be an obligation on the part the medical provider or practice to pursue any right or recovery. Provided, however, this assignment and transfer shall not take away my standing to make claim, appeal claim denials or sue for benefits individually should coverage be denied by insurance carriers or employee benefit plan. I hereby authorize the insurance companies or employee benefit plans listed above to pay directly to this medical provider or practice all benefits due under said policy or plan by reasonable services rendered. I will pay this medical provider or practice for all charges incurred or alternatively, for all charges excess of the sums actually paid pursuant to said policies or plans. A copy of this authorization shall be considered effective and valid as the original.

Designation of Authorized Representative-I hereby designate this medical provider or practice to act as my representative when dealing with insurance plans or plan benefits appeal in the event of a coverage denial. I understand that this medical provider and or practice have the right to decline or accept this designation at the time a denial is received. If this medical provider and or practice accept this designation, the outcome of any appeal is not guaranteed and I agree to pay all charges which remain unpaid by the insurance carrier or welfare benefit plan regardless of the outcome of any appeal.

I understand that in the event that my unpaid account goes to an outside collection agency or law firm, I will be made responsible for all collection agency fees and/or reasonable attorney's fees incurred during the collection process.

_[signature]_

Signed 03/23/2022

(Policy/Plan Participant)

Accepted at 3/25/2022 10:58 AM by MMORIGLIO