We are committed to meeting your healthcare needs and keeping your insurance and other financial arrangements as simple as possible. In order to accomplish this in a cost-effective manner for all our patients, we ask that you adhere to our practice's financial policy. By signing below, you are agreeing to its terms.

1. I am ultimately responsible for payment of charges for services I receive from this practice including those covered by my insurance. This practice will submit claims for reimbursement with my insurance provider; however, all payment responsibility is ultimately mine.

2. Some immediate payment may be expected at the time of service. This may include a co-pay and additional payment if this practice determines that the cost of my visit today will not be reimbursed by my insurance provider. This often happens if my deductible is not yet satisfied.

3. You are responsible for knowing your insurance policy. For example, you will be responsible for any charges if any of the following apply: (i) your health plan requires prior authorization or referral by a primary care physician (PCP) before receiving services at New York Bariatric Group (NYBG), and you have not obtained such an authorization or referral; (ii) you receive services in excess of such authorization or referral; (iii) your health plan determines that the services you received at NYBG are not medically necessary and/or not covered by your insurance plan; (iv) your health plan coverage has lapsed or expired at the time you receive services at New York Bariatric Group; or (v) you have chosen not to use your health plan coverage. If you are not familiar with your plan coverage, we recommend you contact your carrier or plan provider directly.

4. This practice may deny service or charge a service fee for failure to pay a co-pay or any outstanding balance at the time of service.

5. It is my responsibility to provide my current address, telephone number, email address, and insurance information at each visit.

6. I agree to provide the above practice and/or its designated payment agent with my debit/credit card information. **Failure to provide a valid credit card may result in the patient incurring a $25 statement balance fee**.

7. I understand that my signature and payment information will be maintained on file for future use by the practice. The applicable payment card or bank account number will be truncated and "tokenized" by the payment agent in order to help maintain the security of my payment information.

8. If warranted, this practice may offer the option of paying my share of costs via an automated payment plan. I understand that I may incur some interest expense beyond my balance in exchange for this convenience. I can avoid interest charges by paying my bill immediately if required or by its due date.

9. All appointments must be cancelled with at least 24 hours notice. Failure to notify office of cancellations or no-show will incur a no-show fee of $100 for missed visits and $250 for missed endoscopy and/or colonoscopy.

**10. I authorize the above practice and/or its designated payment agent to apply charges to my payment card and/or bank account for all amounts owed to the practice for medical visits, procedures or supplies, including (i) amounts agreed as part of a payment plan, (ii) copayments, (iii) coinsurance (after application of insurance proceeds), (iv) amounts not covered by insurance and/or (v) fees (if applicable) charged by the practice for failure to keep a scheduled appointment (potentially including a $250 fee for a missed endoscopy and/or colonoscopy appointment) or provide timely notice of appointment cancellation.**

11. In the case of a patient balance this is a financial responsibility form payment method or a payment plan, I may receive a monthly statement for any outstanding balance. I am responsible for paying this balance by its due date in order to avoid paying possible interest on the balance. If any balance on your account is over thirty (30) days past due, your account will be in default and may be referred to a collection agency. The balance of any account not paid within thirty (30) days will begin to accrue interest at the rate of 1.0% per month or the maximum allowed by applicable law, whichever is lower. Failure to satisfy any outstanding balances may also result in a Withdrawal of Care.

12. I will not be provided with advance notice of payments authorized hereunder for transactions up to an amount specified by me. I will be provided with a courtesy notification prior to processing any payment in excess of such amount. Transaction receipts will be maintained in the patient file or will be emailed to me if I provide and maintain a valid email address.

13. Should collection proceedings or other legal action become necessary to collect an overdue or delinquent account, you understand that NYBG has the right to disclose to an outside collection agency or attorney all relevant personal and account information necessary to collect payment for services rendered. You are responsible for all costs of collection including, but not limited to: (i) late fees and charges and interest due as a result of such delinquency; (ii) all court costs and disbursements (but only to the extent allowed by law); and (iii) reasonable attorney's fees and/or collection fee to be charged under separate agreement with a third-party collections agency, either as a flat fee or computed as a percentage of the total balance due up to the maximum allowed by applicable law, and to be added to the outstanding balance due and owing at the time of the referral to the third party collection agency. You acknowledge that any such interest assessed on the account will be a late fee as a result of default or delinquency on your account, and is not deemed interest as part of a credit transaction. If your account is referred to a collection agency, attorney, court, or the past due status is reported to a credit reporting agency, it may have an adverse effect on your credit history; and related portions of your account, including the fact that you received treatment at our offices, may become a matter of public record.

**Patient: Laverne Campbell-Lodge**

**Cardholder Name:**  Laverne Campbell lodge

**Cardholder Signature:**

Signed 03/23/2022

Accepted at 3/25/2022 10:58 AM by MMORIGLIO