HEARING DATE: MARCH 12, 2026
HEARING TIME: 10:00AM

Todd S. Cushner, Esq.
Law Offices of Cushner & Associates PC
399 Knollwood Rd
White Plains, NY 10603
(914) 600-5502
todd@cushnerlegal.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re.                                                                    **Chapter 7**

     **LAVERNE E. CAMPBELL-LODGE,**                    **Case No. 25-22026-shl**

        Debtor.
-------------------------------------------------------------x

In re.

                                          **Chapter 7**

     **LONG ISLAND MINIMALLY**                    **CASE NO. 25-07003-SHL**
     **INVASIVE SURGERY P.C.**

          **v.**

     **LAVERNE E. CAMPBELL-LODGE,**

        Debtor.
-------------------------------------------------------------x

### APPLICATION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR THE DEBTOR PURSUANT TO S.D.N.Y LOCAL RULE 2090-1(e)

**TO:**   **HONORABLE SEAN H. LANE**
       **UNITED STATES BANKRUPTCY JUDGE**

The Law Offices of Cushner & Associates PC (hereinafter the "Applicant"), counsel of

record for the Debtor Laverne E. Campbell-Lodge (the "Debtor"), as and for its application to

withdraw as counsel for the Debtor represents and shows to the court as follows:

1.     On January 15, 2025, the Debtor filed a voluntary petition (the "Petition") for

relief under Chapter 7 of the Bankruptcy Code, in the United States Bankruptcy Court for the

1

Southern District of New York.  The United States Trustee appointed Marianne T. O'Toole as the Trustee to this matter pursuant to Section 702(d) of the Bankruptcy Code.

2.      On June 23, 2025, a Meeting of Creditors was held with Trustee Marianne T. O'Toole.

3.      Since the 341 meeting, the client has been contacted on multiple occasions but failed to respond.

4.      The debtor was contacted further to remit documents relevant to the Chapter 7 bankruptcy, but has not delivered the necessary documents or testimony to mount a defense on her behalf. This breakdown of communication renders this firm's services impossible to deliver on behalf of the client.

**WHEREFORE**, Applicant respectfully requests that the Court enter an order authorizing it to withdraw from representation as attorney for the debtor herein; and such other and further relief as this Court may deem just and equitable.

**Dated**:         February 26th, 2026
               White Plains, NY

                                        **CUSHNER & ASSOCIATES, P.C.**

                                        By: __/s/ Todd S. Cushner_____
                                            *Todd S. Cushner, Esq.*
                                            Attorney for Debtor
                                            399 Knollwood Road
                                            White Plains, NY 10603
                                            (914) 600-5502

2