**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

In re:

LAVERNE E CAMPBELL-LODGE,                    Chapter 7

　　　　　　　　　　　　　Debtor.          Case No. 25-22026 (SAB)

------------------------------------------------------------------------X

LONG ISLAND MINIMALLY INVASIVE SURGERY
P.C. *dba* NEW YORK BARIATRIC GROUP,

　　　　　　　　　　　　Plaintiff,

-v-

　　　　　　　　　　　　　　　　　　Adv. No. 25-07003 (SAB)

LAVERNE E CAMPBELL-LODGE,

　　　　　　　　　　　　Defendant.

------------------------------------------------------------------------X

## <u>SCHEDULING ORDER</u>

Upon the hearing conducted by the Court on April 29, 2026, at 11:00 a.m. (the "<u>Hearing</u>"), and upon the record of the Hearing, it is hereby:

**ORDERED** that hearing on the Amended Motion to Withdraw as Counsel (ECF No. 12) shall be continued until **June 1, 2026, at 12:00 p.m. (ET)** (the "<u>Continued Hearing</u>"), and, at the request of counsel for Defendant, the Amended Motion to Withdraw as Counsel shall be held until abeyance until the Continued Hearing;

**ORDERED** that the Court will hold a further status conference in Adversary Proceeding 25-07003 on **June 1, 2026, at 12:00 p.m. (ET)** (the "<u>Proceeding</u>" and, together with the Continued Hearing, the "<u>Proceedings</u>"); and it is further

**ORDERED** that the Proceedings shall be conducted remotely via Zoom for Government, and all parties wishing to appear remotely must make an e-appearance through the "eCourt Appearances" tab on the Court's website (https://ecf.nysb.gov/cgi-bin/nysbAppearances.pl) no

later than 4:00 p.m. (Eastern Time) on the business day before the Proceedings (the "Appearance

Deadline").  Following the Appearance Deadline, the Court will circulate by email the Zoom link

to the Proceedings to those parties having made an electronic appearance.

Date: <u>April 29, 2026</u>
New York, New York

/s/  Shireen A. Barday
**HONORABLE SHIREEN A. BARDAY**
**UNITED STATES BANKRUPTCY JUDGE**