Outlook

**Re: Long Island Minimally Invasive Surgery, P.C. d/b/a New York Bariatric Group v. Laverne Campbell-Lodge a/k/a Laverne Royes**

**From** Laverne Campbell <lclodge3@gmail.com>
**Date** Fri 9/16/2022 9:02 AM
**To** Danny DeVoe <ddevoe@sahnward.com>

1 attachment (343 KB)
Invoices and Agreements.pdf;

Thanks for the bill and a request for my corrected address, Danny.

Can you send me the statement separate from the signature page of a document which I quickly was signed in my initial interactions with an office personnel. Please know thar I did not read thoroughly or completely understand the documents signed.

Currently, I am just requesting a PDF copy of the current bill.

Thanks,
Laverne

Sent from my iPhone

On Sep 15, 2022, at 2:33 PM, Danny DeVoe wrote:

**FOR SETTLEMENT PURPOSES ONLY**
**WITHOUT PREJUDICE**
Laverne:
It was very nice speaking with you this afternoon. Pursuant to your request, attached hereto please find copies of the underlying Agreements as well as the Invoice for the services sued upon that was mailed to you on July 7, 2022. In addition thereto, below please find a breakdown of the insurance checks that our client was advised by your insurance company were issued for payment of the services rendered by my client in addition to the amount applied towards your deductible that remains outstanding today. As you indicated that you still possess two if the issued insurance checks, upon receipt hereof please indorse the back of any checks still in your possession and mail the same to my attention at the Garden City address set forth herein below. I will confirm receipt thereof and should be able to match them up to one or more of the below entries. For any check that you did not receive, you should promptly reach out to your insurance company to have that check reissued and, upon receipt thereof, indorse and forward said check onto me along with the Explanation of Benefits related thereto. As you indicated that you were served today via service upon someone of suitable age and discretion, you have until October 17, 2022 to answer herein as October 15th falls s on a Saturday and we will hopefully get this resolved in the interim.

| DOS | Charge Amt | Check Amount | Co-Insurance | Deductible | |
|---|---|---|---|---|---|
| 2/11/2022-2/13/2022 | $54,450.00 | $45,351.00 | $0.00 | $524.00 | |
| 3/23/2022 | $7,321.00 | $2,174.00 | $0.00 | $0.00 | |
| 3/28/2022 | $6,050.00 | $5,500.00 | $0.00 | $0.00 | |
| 3/28/2022 | $8,712.00 | $4,836.00 | $0.00 | $0.00 | |
| 3/29/2022 | $666.00 | $383.00 | $0.00 | $0.00 | |
| 4/20/2022 | $66,550.00 | $57,750.00 | $0.00 | $0.00 | |
| 4/20/2022 | $60,499.99 | $11,000.00 | $0.00 | $0.00 | |
| **TOTALS** | **$204,248.99** | **$126,994.00** | **$0.00** | **$524.00** | **$127,518.00** |

| | | |
|---|---|---|
| First visit: | 1/25/2022 | Nyack |
| First Invoice: | 3/25/2022 | |
| Last Invoice: | 7/7/2022 | |

Farshia: Please tickle. I will file.

**Danny D. De Voe**
**Partner**

SW | SAHNWARD
SAHN WARD BRAFF KOBLENZ

1325 Franklin Avenue, Suite 210

Garden City, New York 11530
(516)877-2525, Ext. 114
Email: ddevoe@sahnward.com
www.sahnward.com
**Uniondale Office**: The Omni - 333 Earle Ovington Boulevard, Suite 601, Uniondale, NY 11553 Tel: 516.228.1300
**Garden City Office:** 1325 Franklin Avenue, Suite 210, Garden City, NY 11530 Tel: 516.877.2525 Fax: 516.877.7760
**Suffolk Office:** 1300 Veterans Highway, Suite 100, Hauppauge, NY 11788 Tel: 631.203.4900
**New York City Office**: The Chrysler Building - 405 Lexington Avenue, 26th Floor, New York, NY 10174 Tel: 212.829.4375
**Fax for all offices:** 516.228.0038

NOTICE: This e-mail message and any attachment(s) to this e-mail message contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at (516) 228-1300 and delete this message.

Please consider the environment before printing this email.

***Sahn Ward honors the heroic first-responders, health care professionals and providers, and all the volunteers who have aided the sick and those in need during our challenging times.***