FILED
Sep 22 2023
ROCKLAND COUNTY CLERK'S OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

LONG ISLAND MINIMALLY INVASIVE SURGERY, P.C. d/b/a NEW YORK BARIATRIC GROUP,

Plaintiff,

-against-

LAVERNE CAMPBELL-LODGE a/k/a LAVERNE ROYES,

Defendant.

Index No. 33529/2022

**JUDGMENT** Rendered in Favor of Plaintiff, LONG ISLAND MINIMALLY INVASIVE SURGERY, P.C. d/b/a NEW YORK BARIATRIC GROUP, located at 125 Mineola Avenue, Suite 200, Roslyn Heights, New York 11577

| | | |
|---|---|---|
| Amount claimed in complaint (Attorney's fees waived) | | $204,248.99 |
| Interest (4/24/22 - 9/21/23) at 12% APR | | $ 34,582.38 |
| Payments made | | $ 40,000.00 |
| Total | | $198,831.37 |
| Costs by Statute | $200.00 | |
| Service of Summons and Complaint | $130.00 | |
| Filing of Summons and Complaint | $216.28 | |
| Prospective Marshal's Fee | $ 74.50 | $ 620.78 |
| Total | | $199,451.37 |

STATE OF NEW YORK, COUNTY OF NASSAU:

The undersigned attorney at law of the State of New York, one of the attorneys of record for the plaintiff in the above-entitled action, states that the disbursements above specified have been or will necessarily be made or incurred therein and are reasonable in amount; that the time of the defendant to appear and answer herein has expired and that said defendant has not appeared and answered herein.

The undersigned affirms this statement to be true under the penalties of perjury.

Dated: Uniondale, New York
September 21, 2023

DANIELÉ D. DE VOE

**JUDGMENT** entered on , 2023.

Service of the Summons and Verified Complaint in this action on the defendant herein having been completed on September 15, 2022, after the defendant, **LAVERNE CAMPBELL-LODGE a/k/a LAVERNE ROYES**, was personally served, that more than twenty (20) days having elapsed since the day of completion of service and the time for said defendant to appear and answer having expired, and the said defendant not having appeared and answered herein,

**NOW ON MOTION OF SAHN WARD BRAFF KOBLENZ PLLC**, 333 Earle Ovington Blvd, Suite 601, Uniondale, New York 11553, attorney for the plaintiff, it is

**ADJUDGED** that **LONG ISLAND MINIMALLY INVASIVE SURGERY, P.C. d/b/a NEW YORK BARIATRIC GROUP**, plaintiff, located at 125 Mineola Avenue, Suite 200, Roslyn Heights, New York 11577, recover of **LAVERNE CAMPBELL-LODGE a/k/a LAVERNE ROYES,** defendant, with a residence located at 812 Tulip Drive, Valley Cottage, New York 10989, in the sum of $204,248.99, with interest of $34,582.38, less payments made in the sum of $40,000.00, making a total of $198,831.37, together with $620.78 costs and disbursements, amounting in all to the sum of $199,451.37 and that plaintiff have execution therefor.

DONNA GORMAN SILBERMAN
COUNTY CLERK

Donna Gorman Silberman

Clerk