KOPLEN LAW FIRM
14 SOUTH MAIN STREET
NEW CITY, NEW YORK 10956
845-623-7070
ATTY@KOPLENLAWFIRM.COM

April 2, 2025

Hon. Sean H. Lane
Bankruptcy Judge
300 Quarropas Street
White Plains, New York 10601

Re: Laverne Campbell Lodge 25-22026 SHL Chapter 7

Dear Judge Lane:

Please be advised that the debtor has formally terminated our services as counsel in this matter. I am not aware of substitute counsel having being retained, but it is my understanding that the debtor intends to hire someone else.

Accordingly, please let this letter serve as notice of our discontinuance as counsel to the debtor effective immediately.

Thank you.

Very truly yours,
s/ Michael A. Koplen
Michael A. Koplen

MAK/ec
Cc: Marianne O' Toole, Esq.
Laverne Campbell Lodge