Outlook

**Long Island Minimally Invasive Surgery, P.C. d/b/a New York Bariatric Group v. Laverne E. Campbell-Lodge, Bankruptcy Case No. 25-22026-shl; Adv. Proc. No. 25-07003-shl**

**From** Danny DeVoe <ddevoe@sahnward.com>
**Date** Fri 4/11/2025 12:27 PM
**To** todd@cushnerlegal.com <todd@cushnerlegal.com>
**Cc** Brandon Kemp <bkemp@sahnward.com>

Todd:

In furtherance of your conversation with my associate, Brandon C. Kemp, Esq. this morning, below please find the dates of service, amount billed, amount the insurance company paid as well as the amounts applied towards deductible and coinsurance. Please be sure that your client asks for the Explanations of Benefits and checks in relation to each of the dates of service below when she reaches out to her insurance company. Thank you.

| DOS | Charge Amt | Check Amount | Co-Insurance | Deductible |
|---|---|---|---|---|
| 2/11/2022-2/13/2022 | $54,450.00 | $45,351.00 | $0.00 | $524.00 |
| 3/23/2022 | $7,321.00 | $2,174.00 | $0.00 | $0.00 |
| 3/28/2022 | $6,050.00 | $5,500.00 | $0.00 | $0.00 |
| 3/28/2022 | $8,712.00 | $4,836.00 | $0.00 | $0.00 |
| 3/29/2022 | $666.00 | $383.00 | $0.00 | $0.00 |
| 4/20/2022 | $66,550.00 | $57,750.00 | $0.00 | $0.00 |
| 4/20/2022 | $60,499.99 | $11,000.00 | $0.00 | $0.00 |
| **TOTALS** | **$204,248.99** | **$126,994.00** | **$0.00** | **$524.00** |

Very Truly Yours,

*Danny D. De Voe*
**Partner**
SW SAHNWARD
SAHN WARD BRAFF COSCHIGNANO
333 Earle Ovington Boulevard, Suite 601
Uniondale, New York 11553
(516)228-1300
Email: ddevoe@sahnward.com
www.sahnward.com
**Nassau/Main Office**: The Omni - 333 Earle Ovington Boulevard, Suite 601, Uniondale, NY 11553 Tel: 516.228.1300
**Suffolk Office:** 1300 Veterans Highway, Suite 100, Hauppauge, NY 11788 Tel: 631.203.4900
**New York City Office**: The Chrysler Building - 405 Lexington Avenue, 26th Floor, New York, NY 10174 Tel: 212.829.4375
**Fax for all offices:** 516.228.0038

NOTICE: This e-mail message and any attachment(s) to this e-mail message contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at (516) 228-1300 and delete this message.

Please consider the environment before printing this email.