**NEW YORK BARIATRIC GROUP**
125 MINEOLA AVE
STE 200
ROSLYN HEIGHTS, NY 11577-2023
Phone #: (516) 616-5500 x4

# Statement

| Statement Date | Payment Due | Account # |
|---|---|---|
| July 7, 2022 | $204,248.99 | 207385 |
| Check # | Show Amount Paid Here $ | |

| Addressee: | Please Remit To: |
|---|---|
| LAVERNE CAMPBELL-LODGE<br>812 TULIP DRIVE<br>VALLEY COTTAGE, NY 10989 | **NEW YORK BARIATRIC GROUP**<br>125 MINEOLA AVE<br>STE 200<br>ROSLYN HEIGHTS, NY 11577-2023 |

Please detach and return top portion with your payment

**Messages**

PLS MAKE CHECKS PAYABLE to NEW YORK BARIATRIC GROUP; PAY ONLINE: NYBGpay.com PLS CALL 516-616-5500, OPT 4 FOR QUESTIONS
***FINAL STATEMENT***

| Date | Procedure | Patient / Provider | Amount |
|---|---|---|---|
| **02/11/2022** | **SLP STDY UNATTND W/ANALYSIS** | **CAMPBELL-LODGE,LAVERNE / SCHILERO** | **$18,150.00** |
| 03/24/2022 | PAYMENT - INSURANCE | | $0.00 |
| | *Payment made to patient/insured/responsible party.* | | |
| | Insurance Pending: $0.00 | Patient Balance: $18,150.00 | |
| **02/12/2022** | **SLP STDY UNATTND W/ANALYSIS** | **CAMPBELL-LODGE,LAVERNE / SCHILERO** | **$18,150.00** |
| 03/24/2022 | PAYMENT - INSURANCE | | $0.00 |
| | *Payment made to patient/insured/responsible party.* | | |
| | Insurance Pending: $0.00 | Patient Balance: $18,150.00 | |
| **02/13/2022** | **SLP STDY UNATTND W/ANALYSIS** | **CAMPBELL-LODGE,LAVERNE / SCHILERO** | **$18,150.00** |
| 03/24/2022 | PAYMENT - INSURANCE | | $0.00 |
| | *Payment made to patient/insured/responsible party.* | | |
| | Insurance Pending: $0.00 | Patient Balance: $18,150.00 | |
| **03/28/2022** | **ANESTHESIA UPPER GI VISUALIZE** | **CAMPBELL-LODGE,LAVERNE / GAUDIO** | **$8,712.00** |
| 04/20/2022 | PAYMENT - INSURANCE | | $0.00 |
| | *Payment made to patient/insured/responsible party.* | | |
| | Insurance Pending: $0.00 | Patient Balance: $8,712.00 | |

| | Current | 30 Day | 60 Day | 90 Day | 120 Day | Total Balance |
|---|---|---|---|---|---|---|
| **Insurance:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Family:** | $666.00 | $133,704.99 | $15,428.00 | $54,450.00 | $0.00 | $204,248.99 |
| | | | | | **Unapplied:** | $0.00 |
| | | | | | **Payment Due:** | $204,248.99 |

**FINAL NOTICE**
This is the last statement that will be sent to you. Unless paid at once the account will be turned over for collection.

**Please Remit Top Portion To:**

**NEW YORK BARIATRIC GROUP**
125 MINEOLA AVE
STE 200
ROSLYN HEIGHTS, NY 11577-2023
Phone #: (516) 616-5500 x4

| Responsible Party | Statement Date | Account # |
|---|---|---|
| LAVERNE CAMPBELL-LODGE | July 7, 2022 | 207385 |

**NEW YORK BARIATRIC GROUP**
125 MINEOLA AVE
STE 200
ROSLYN HEIGHTS, NY 11577-2023
Phone #: (516) 616-5500 x4

# Statement

| Statement Date | Payment Due | Account # |
|---|---|---|
| July 7, 2022 | $204,248.99 | 207385 |

| Date | Procedure | Patient / Provider | Amount |
|---|---|---|---|
| **03/28/2022** | **EGD DIAGNOSTIC BRUSH WASH** | **CAMPBELL-LODGE,LAVERNE / GODSHALL** | **$6,050.00** |
| 04/12/2022 | PAYMENT - ELECTRONIC | | $0.00 |
| | *Payment made to patient/insured/responsible party.* | | |
| | Insurance Pending: $0.00 | Patient Balance: $6,050.00 | |
| **03/29/2022** | **EST PT- LOW- MOD, 20-29 MINS** | **CAMPBELL-LODGE,LAVERNE / GODSHALL** | **$666.00** |
| 04/12/2022 | PAYMENT - ELECTRONIC | | $0.00 |
| | *Payment made to patient/insured/responsible party.* | | |
| | Insurance Pending: $0.00 | Patient Balance: $666.00 | |
| **03/23/2022** | **NP OV- MOD, 30-44 MINS** | **CAMPBELL-LODGE,LAVERNE / CHADI** | **$666.00** |
| 07/07/2022 | PAYMENT - INSURANCE | | $0.00 |
| | *Payment made to patient/insured/responsible party.* | | |
| | Insurance Pending: $0.00 | Patient Balance: $666.00 | |
| **03/23/2022** | **STRESS TTE COMPLETE** | **CAMPBELL-LODGE,LAVERNE / CHADI** | **$6,050.00** |
| 05/09/2022 | PAYMENT - INSURANCE | | $0.00 |
| | *Payment made to patient/insured/responsible party.* | | |
| | Insurance Pending: $0.00 | Patient Balance: $6,050.00 | |
| **03/23/2022** | **ELECTROCARDIOGRAM COMPLETE** | **CAMPBELL-LODGE,LAVERNE / CHADI** | **$605.00** |
| 05/09/2022 | PAYMENT - INSURANCE | | $0.00 |
| | *Payment made to patient/insured/responsible party.* | | |
| | Insurance Pending: $0.00 | Patient Balance: $605.00 | |
| **04/20/2022** | **LAP SLEEVE GASTRECTOMY** | **CAMPBELL-LODGE,LAVERNE / GODSHALL** | **$60,500.00** |
| 05/18/2022 | PAYMENT - INSURANCE | | $0.00 |
| | *Payment made to patient/insured/responsible party.* | | |
| | Insurance Pending: $0.00 | Patient Balance: $60,500.00 | |
| **04/20/2022** | **EGD DIAGNOSTIC BRUSH WASH** | **CAMPBELL-LODGE,LAVERNE / GODSHALL** | **$6,050.00** |
| 05/18/2022 | PAYMENT - INSURANCE | | $0.00 |
| | *Payment made to patient/insured/responsible party.* | | |
| | Insurance Pending: $0.00 | Patient Balance: $6,050.00 | |
| **04/20/2022** | **LAP SLEEVE GASTRECTOMY** | **CAMPBELL-LODGE,LAVERNE / SANCHEZ** | **$60,499.99** |
| 05/19/2022 | PAYMENT - INSURANCE | | $0.00 |
| | *Payment made to patient/insured/responsible party.* | | |
| | Insurance Pending: $0.00 | Patient Balance: $60,499.99 | |

| | Current | 30 Day | 60 Day | 90 Day | 120 Day | Total Balance |
|---|---|---|---|---|---|---|
| **Insurance:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Family:** | $666.00 | $133,704.99 | $15,428.00 | $54,450.00 | $0.00 | $204,248.99 |
| | | | | | **Unapplied:** | $0.00 |
| | | | | | **Payment Due:** | $204,248.99 |

**Please Remit Top Portion To:**

**NEW YORK BARIATRIC GROUP**
125 MINEOLA AVE
STE 200
ROSLYN HEIGHTS, NY 11577-2023
Phone #: (516) 616-5500 x4

| Responsible Party | Statement Date | Account # |
|---|---|---|
| LAVERNE CAMPBELL-LODGE | July 7, 2022 | 207385 |