Outlook

**RE: In re Campbell-Lodge: Long Island Minimally Invasive Surgery, P.C. v. Campbell-Lodge, No. 25-22026-shl, Adv. No. 25-07003-shl (Amended Scheduling Order)**

**From** Todd Cushner <Todd@cushnerlegal.com>
**Date** Mon 11/3/2025 12:53 PM
**To** Brandon Kemp <bkemp@sahnward.com>

[EXTERNAL EMAIL] This email came from an external source. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hi Brandon :

I will make a last attempt to get her to respond ( which she hasn't in months ) !
Absent a response I will be moving to be relieved as counsel on this as I am sure you can understand !

I truly hoped this would go better as it seemed like an easy resolution , ,what can I say????

All the best !

Respectfully yours,

*Todd S. Cushner*
Todd S. Cushner,
Attorney at Law

Law Office of Todd S. Cushner & Associates, P.C.
399 Knollwood Road
Suite 205
White Plains, NY 10603
914-600-5502
WWW.Cushnerlegal.com

**From:** Brandon Kemp <bkemp@sahnward.com>
**Sent:** Friday, October 31, 2025 5:13 PM
**To:** Todd Cushner <Todd@cushnerlegal.com>
**Cc:** Danny DeVoe <ddevoe@sahnward.com>
**Subject:** RE: In re Campbell-Lodge: Long Island Minimally Invasive Surgery, P.C. v. Campbell-Lodge, No. 25-22026-shl, Adv. No. 25-07003-shl (Amended Scheduling Order)

Todd:

Please advise. We have yet to receive a response from you.

Sincerely,

**Brandon C. Kemp, Esq.**
**Associate**
SW | SAHNWARD
SAHN WARD BRAFF COSCHIGNANO
Email: bkemp@sahnward.com
www.sahnward.com
**Nassau/Main Office**: The Omni 333 Earle Ovington Boulevard, Suite 601, Uniondale, NY 11553 Tel: 516.228.1300
**Suffolk Office:** 1300 Veterans Highway, Suite 100, Hauppauge, NY 11788 Tel: 631.203.4900
**New York City Office**: The Chrysler Building - 405 Lexington Avenue, 26th Floor, New York, NY 10174 Tel: 212.829.4375
**Fax for all offices:** 516.228.0038

CELEBRATING 25
TWENTY FIVE YEARS OF ACHIEVING SUCCESS THROUGH EXCELLENCE

NOTICE: This e-mail message and any attachment(s) to this e-mail message contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at (516) 228-1300 and delete this message.

Please consider the environment before printing this email.

---

**From:** Brandon Kemp
**Sent:** Wednesday, October 22, 2025 12:31 PM
**To:** 'Todd Cushner' <todd@cushnerlegal.com>
**Cc:** Danny DeVoe <ddevoe@sahnward.com>
**Subject:** RE: In re Campbell-Lodge: Long Island Minimally Invasive Surgery, P.C. v. Campbell-Lodge, No. 25-22026-shl, Adv. No. 25-07003-shl (Amended Scheduling Order)

Todd:

Reaching out again to get a response.

Sincerely,

**Brandon C. Kemp, Esq.**
**Associate**
SW | SAHNWARD
SAHN WARD BRAFF COSCHIGNANO
Email: bkemp@sahnward.com
www.sahnward.com
**Nassau/Main Office**: The Omni - 333 Earle Ovington Boulevard, Suite 601, Uniondale, NY 11553 Tel: 516.228.1300
**Suffolk Office:** 1300 Veterans Highway, Suite 100, Hauppauge, NY 11788 Tel: 631.203.4900
**New York City Office**: The Chrysler Building 405 Lexington Avenue, 26th Floor, New York, NY 10174 Tel: 212.829.4375
**Fax for all offices:** 516.228.0038
CELEBRATING 25
TWENTY FIVE YEARS OF ACHIEVING SUCCESS THROUGH EXCELLENCE

NOTICE: This e-mail message and any attachment(s) to this e-mail message contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at (516) 228-1300 and delete this message.

Please consider the environment before printing this email.

---

**From:** Brandon Kemp
**Sent:** Friday, October 10, 2025 3:55 PM
**To:** 'Todd Cushner' <todd@cushnerlegal.com>
**Cc:** Danny DeVoe <ddevoe@sahnward.com>
**Subject:** RE: In re Campbell-Lodge: Long Island Minimally Invasive Surgery, P.C. v. Campbell-Lodge, No. 25-22026-shl, Adv. No. 25-07003-shl (Amended Scheduling Order)

Todd:

Just following up on my email below.

Sincerely,

**Brandon C. Kemp, Esq.**
**Associate**
SW | SahnWard
Sahn Ward Braff Coschignano
Email: bkemp@sahnward.com
www.sahnward.com
**Nassau/Main Office**: The Omni - 333 Earle Ovington Boulevard, Suite 601, Uniondale, NY 11553 Tel: 516.228.1300
**Suffolk Office:** 1300 Veterans Highway, Suite 100, Hauppauge, NY 11788 Tel: 631.203.4900
**New York City Office**: The Chrysler Building 405 Lexington Avenue, 26th Floor, New York, NY 10174 Tel: 212.829.4375
**Fax for all offices:** 516.228.0038

NOTICE: This e mail message and any attachment(s) to this e mail message contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, transmit, convert to hard copy, copy, use or disseminate this e mail or any attachments to it. If you have received this e mail in error, please immediately notify us by return e mail or by telephone at (516) 228 1300 and delete this message.

Please consider the environment before printing this email

---

**From:** Brandon Kemp
**Sent:** Tuesday, October 7, 2025 1:20 PM
**To:** Todd Cushner <todd@cushnerlegal.com>
**Cc:** Danny DeVoe <ddevoe@sahnward.com>
**Subject:** In re Campbell-Lodge: Long Island Minimally Invasive Surgery, P.C. v. Campbell-Lodge, No. 25-22026-shl, Adv. No. 25-07003-shl (Amended Scheduling Order)

Good afternoon, Mr. Cushner:

Attached hereto, please find the Amended Scheduling Order. If the same is sufficient, please upload to the Adversary Proceeding Docket.

Sincerely,

**Brandon C. Kemp, Esq.**
**Associate**

SW | SAHNWARD
SAHN WARD BRAFF COSCHIGNANO

Email: bkemp@sahnward.com
www.sahnward.com

**Nassau/Main Office**: The Omni 333 Earle Ovington Boulevard, Suite 601, Uniondale, NY 11553 Tel: 516.228.1300

**Suffolk Office:** 1300 Veterans Highway, Suite 100, Hauppauge, NY 11788 Tel: 631.203.4900

**New York City Office**: The Chrysler Building - 405 Lexington Avenue, 26th Floor, New York, NY 10174 Tel: 212.829.4375

**Fax for all offices:** 516.228.0038

NOTICE: This e-mail message and any attachment(s) to this e-mail message contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at (516) 228-1300 and delete this message.

Please consider the environment before printing this email.