| | |
|---|---|
| **From:** | Vin Ortega |
| **To:** | Danny DeVoe |
| **Cc:** | Benjamin Adams; Todd Cushner |
| **Subject:** | Long Island Minimally Invasive v. Laverne Campbell-Lodge (Adv. Proc. No. 25-07003-shl) |
| **Date:** | Monday, June 29, 2026 12:15:48 PM |
| **Attachments:** | Discovery Demands (Laverne Campbell).pdf |

[EXTERNAL EMAIL] This email came from an external source. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hello Atty. DeVoe,

Please see attached for our client's discovery demands in this matter.

Have a very nice day.

Sincerely,

**Vin Orteza, Esq.**
*Attorney at Law*
Cushner & Associates
399 Knollwood Road STE 205
White Plains, NY 10603
(T) (914) 600-5502
(F) (914) 600-5544