**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

In re LAVERNE E. CAMPBELL-LODGE,

Debtor.

---------------------------------------------------------------X

LONG ISLAND MINIMALLY INVASIVE SURGERY, P.C., d/b/a NEW YORK BARIATRIC GROUP,

Plaintiff-Creditor,

-against-

LAVERNE E. CAMPBELL-LODGE,

Defendant-Debtor.

---------------------------------------------------------------X

Case No. 25-22026 (SAB)

Chapter 7

Adv. Proc. No. 25-07003 (SAB)

**ORDER REGARDING POTENTIAL**
**PERSONALLY IDENTIFYING INFORMATION**

**WHEREAS** it appears that personal information potentially subject to redaction pursuant to Federal Rule of Bankruptcy Procedure 9037 may have been filed in unredacted form on the public docket in the above-captioned adversary proceeding, it is hereby:

**ORDERED** that counsel for Defendant shall immediately review the docket in the above-captioned adversary proceeding to determine whether any documents presently filed in this adversary proceeding—including, without limitation, the document filed at ECF No. 46—contain personal information subject to redaction pursuant to Federal Rule of Bankruptcy Procedure 9037 or any other applicable rule;

**ORDERED** that, upon a determination by counsel for Defendant that any of the filings in this adversary proceeding contain such personal information (and regardless of whether any such personal information is available from sources other than the docket in the above-captioned proceeding), (a) counsel for Defendant shall immediately contact the Clerk's Office to request that the Clerk's Office restrict the original images of those documents, and (b) the

parties shall, within seven (7) days of entry of this Order, meet and confer to submit proposed redacted versions of those documents, which can replace the presently available versions;

**ORDERED** that, if the parties are unable to agree on proposed redacted versions of any documents that may contain personal information, Defendant is authorized to file a motion seeking to have the documents placed under seal, pursuant to the Sealing Procedures established by this Court and available at https://www.nysb.uscourts.gov/content/judge-shireen-barday. Any such motion should be filed no later than October 9, 2026, and the party seeking to file the motion should contact Chambers on or before October 9, 2026, to obtain a hearing and return date for the motion; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Date: September 25, 2026
New York, New York

/s/ Shireen A. Barday

**HONORABLE SHIREEN A. BARDAY**
**UNITED STATES BANKRUPTCY JUDGE**